ALB/JMK:JAM/MSA
F. #2018R01064

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 26 2019 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL COHN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR 19 097

(T. 18, U.S.C., §§ 981(a)(1)(C), 1512(c)(2), 1905, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

BIANCO, J.

LOCKE, M. J.

THE GRAND JURY CHARGES:

## COUNT ONE
(Obstruction of Justice)

1. In or about and between August 2018 and February 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL COHN, together with others, did knowingly, intentionally and corruptly obstruct and impede, and attempt to obstruct and impede, an official proceeding, to wit: an investigation conducted by the United States Securities and Exchange Commission ("SEC").

(Title 18, United States Code, Sections 1512(c)(2), 2 and 3551 et seq.)

## COUNT TWO
(Unauthorized Disclosure of Confidential Information)

2. On or about and between August 1, 2018 and October 12, 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL COHN, being an employee of the SEC, did knowingly

and intentionally publish, divulge, disclose and make known information coming to him in the course of his employment and official duties, which information concerned and related to the processes and operations of the SEC, to wit: information regarding an investigation conducted by the SEC's Division of Enforcement, in a manner and to an extent not authorized by law.

(Title 18, United States Code, Sections 1905 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT ONE

3. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

---

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#: 2018R01064
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

MICHAEL COHN,

Defendant.

## INDICTMENT

T. 18, U.S.C., §§ 981(a)(1)(C), 1512(c)(2), 1905, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
                                                                            Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
                                                                            Clerk

Bail, $ _____

_____

*Artie McConnell, Assistant U.S. Attorney (631) 715-7825*
*Matthew S. Amatruda, Assistant U.S. Attorney (718) 254-7012*