**Katten**

575 Madison Avenue
New York, NY 10022-2585
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.6552 direct
+1.212.940.8776 fax

August 28, 2020

**VIA ECF**

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Michael Cohn*, 19 Cr. 97 (GRB)

Dear Judge Brown:

We write to inform the Court that in light of the Court's decision to hold a bench trial, Mr. Cohn has decided not to file a motion to dismiss Count Two of the second Superseding Indictment, which charged Mr. Cohn with theft of government property, in violation of Title 18, United States Code, Section 641. Mr. Cohn anticipates addressing the insufficiency of this charge at trial and in a Motion for a Judgment of Acquittal pursuant to Fed. R. Crim. Proc. Rule 29.

Respectfully Submitted,

Scott A. Resnik
Michael M. Rosensaft
Vikas Khanna
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: +1.212.940.8800
Fax:    +1.212.940.8776