AES:LHE/JAM
F. #2018R01064

FILED
CLERK

4:55 pm, Sep 08, 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MICHAEL COHN,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 19-97 (S-3) (GRB)
(T. 18, U.S.C., §§ 641 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

THEFT OF PUBLIC PROPERTY

In or about and between September 2018 and December 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL COHN did knowingly, willfully and without lawful authority embezzle, steal, purloin and convert to his own use records and things of value of the United States and of a department or agency thereof, to wit: information belonging to the United

States Securities and Exchange Commission ("SEC") regarding an investigation conducted by the SEC's Division of Enforcement.

(Title 18, United States Code, Sections 641 and 3551 et seq.)

_____
SETH D. DUCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK